**Order entered February 24, 2014**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01269-CV

**TIFFANY LYNN FRASER, Appellant**

**V.**

**TIMOTHY PURNELL, AS INDEPENDENT EXECUTOR, ESTATE OF TOMMY ARTHUR PURNELL, DECEASED, Appellee**

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-927-1**

## ORDER

We **GRANT** appellant's January 20, 2014 second unopposed motion to extend time to file brief and **ORDER** the brief received by the Court on February 20, 2014 filed as of the date of this order.

/s/  ELIZABETH LANG-MIERS
    JUSTICE